UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA

Jonathan Lee Riches © A/K/A Gino
Riches d/B/A Secured Party,
Plaintiff

V.

OnStar Corporation;
Florida Gators Basketball Team;
DEFENDANTS

"FRAUD ON AMERICAN CITIZENS"

Complaint
Civil Action No. 1:07CV150 MP/AK

FILED 07 AUG 16 PM 2:16

## Complaint

This is a complaint under 42 USC 1983, Bivens, Civil rights violation by the Constitution and laws of the United States. An application for Temporary Restraining order, preliminary and permanent Injunction. Federal Tort claims inflicted by that include, but not limited to: 18 USC 1951, 1961 Racketeering, 18 USC 2231 Search and Seizures, 18 USC 371 Conspiracy, 18 USC 1031 Major fraud, Invasion, Electronic wiretapping, obstruction of Justice, war crimes, treason, and Espionage.

Comes now the Plaintiff Jonathan Riches A/K/A Jonathan Rich d/b/A Secured Party, in pro-se, moves this Honorable Court to issue an order for Defendant in this suit to give a response. A Temporary Restraining order banning any contact, Permanent Injunction on all advertising including ads and television. As Plaintiff is claiming that his Federal and State Constitution Rights are

[ DUE TO RESTRICTIONS ON TYPEWRITERS
THIS LAWSUIT WAS HANDWRITTEN ]

being violated under the 1st, 2nd, 4th, 6th, 18th, and 14th amendment of the constitution. Relief requested, Plaintiff seeks 663 Trillion dollars in gold and silver delivered by United States Postal Service "USPS" to Federal Correctional Institution Williamsburg, Salters South Carolina, from Defendant.

## Count 1

Onstar Corporation is in a vast conspiracy with the Uniform Commercial Code "UCC" to track our movements for "New world order". Onstar is contracted with all new vehicles which installs a GPS Tracking device, and hidden microphones in vehicles so Onstar customer service and United States Secret Service can listen without the driver knowing. Onstar does not warn vehicle drivers this invasion of privacy. Onstar collects transcript data and forwards it to the Uniform Commercial Code "UCC" who puts our ALL CAPITAL STRAW NAME in contract. Onstar collects secret tracking data identifying our patterns, our habits, our family contacts, cellular phone conversations, occupants conversations in the vehicles.

I demand that the Attorney general looks into Onstars fraud mispractices. I'm also entitled to relief under the whistleblowing act.

## Count 2

Onstar can disable your vehicle, lock you in and out of your vehicle, forcing you to Uniform Commercial Code "UCC" contract your ENGS LEGIS/ALL CAPITAL STRAWMAN birth certificate name with Tow truck companies, medical facilities.
'Shut your vehicle while in use, freezing your steering wheel.

Count 3
Complaint
Rich v. Onstar

Onstar has a secret covert contract with law Enforcement to Alter vehicle movements described above. law Enforcement pulls vehicle occupier over, forces them into contract with uniform Commercial code "UCC"

### Count 3

Onstar is involved with false advertising. Racketeering with the George W. Bush administration, Health Care industry, vehicle insurance Industry, Department of motor vehicles all are in a Racket scam each party pocketing with one another

### Count 4

- Onstar employees are Convicted Felons accessing Personal information.
- Onstar hires illegal immigrants at off shoring Salaries
- Onstar Executives have ties with the Italian, Jewish, Russian Mafia
- Onstar violated Anti-trust laws, preventing private businesses without ties with the government from contracting with vehicle Manufactures

### Count 5

- Onstar injured me by theft of services. Onstar stole my original technology and used it for their financial gain
- Onstar's false advertising is sending Subliminal messaging through radio and television frequencies
- Onstar is cooking their Books, the Securities and Exchanges Commission must look into Onstar's practices

respectfully submitted,

Jonathan Lee Riches©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590

Jonathan Lee Riches©

Bryan Lee Bess
04418-018
Williamsburg
Box 340
Salters, SC 29590

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
CLERK OF COURT
401 SE First Ave
Gainesville, Florida 32601

FLORENCE SC
14 AUG 2007 PM

Tiffany Lamp