UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

Jonathan Lee Riches©,
Plaintiff

V.                                          CIVIL NO: 1:07-CV-150

ONSTAR,
FLORIDA GATORS BASKETBALL TEAM,
DEFENDANT

"MOTION TO AMEND COMPLAINT"

"TEMPORARY RESTRAINING ORDER"

Comes now the Plaintiff Jonathan Lee Riches©, CEO of Jonathan Lee Riches© INC., in pro-se, Moves this Honorable Court to amend complaint. Plaintiff also moves to issue a Temporary Restraining order against Defendants. Plaintiff under Maritime Jurisdiction and the loss of our freedoms under House Joint Resolution 192, June 5, 1933, still is having his Constitutional rights violated. Plaintiff prays for relief.

## 1

Defendant's are in a conspiracy with FCI Williamsburg. FCI Williamsburg no longer sell fruit on the Commissary. The commissary is guilty of Price Gouging, over inflated prices. On 8/21/07 I recieved a $1.50 off coupon for a 4 pack of Panasonic Batteries. The FCI Williamsburg sells Panasonic batteries on the commissary for $2.20. I presented the $1.50 off coupon at the commissary check out for batteries. FCI Williamsburg refused to accept my coupon. A Major violation of the Coupon Redemption act. A place of business must accept coupons.

**2**

On June 10, 2007 - The Florida Mascot ate Steve IRWIN

**3**

I have problems with a vast number of Defendants around the United States. I'm filing extra motions and Appealing everything. These bullies have cornered me. Even Mt. Rushmore laughs at me. May 6, 2007 - The Great Lakes rose up to Tsunami me.

**4**

July 2004 - Defendants Guilty of Defamation of Character. Defendants told Houston Chronicle reporter Dan Feldstein to write an article about me called "Horror Stories Help crime gain Notoriety". The FBI Joint task force Accusing me of raising cash for illegal Anarchist Activities.

**5**

2003 - I was in cyber battles with a hacking gang called "Shadowcrew". 2004 - Defendant's Kidnapped "old" Chinese prisoner Yuk Rung Tsang

**6**

Jan 31, 2007 - Defendants and Duke Lacrosse players threw Key parties for MINORS

Jan 2, 2007 - Defendants force fed me herbicides, pesticides, military chaff, factory emissions, Hydrocarbon combustion, used dna

**7**

Jingle Networks Scandal - 1800-free 411, when you call this number, you will reach a federal inmate at FCI Williamsburg. Jingle is only paying inmates .12¢ an hr, this is a violation of minimum wage laws. Defendant's force inmates into a sweat shop Atmosphere. Plaintiff moves this court to stop Jingle Networks from working at FCI Williamsburg.

**8**

George Bush and defendants have done me wrong in case # 1:2007CV04192 in N. District of Illinois

PAGE 3
Riches v onstar
Case 1:07-cv-00150-MP-AK   Document 4   Filed 08/29/2007   Page 3 of 4

9
### Global Assault

On November 5, 2006, I was run off I-75 by a van driven by Billy Donovan. 3 men, Corey Brewer, Joakim Noah, and Lee Humphrey pulled me out of my Lexus and kidnapped me under Donovan's orders. I was beaten in the van with onstar equipment, strapped to a bottle rocket, and launched into space. Mission Control will confirm this

10

Joakim Noah personally told me "My favorite movie is Glue Chips". He then told me "Our team under George Bush Sr. tanked the Jan 4 Arkansas, Jan 27 Auburn, and the Feb 27 Tennessee games to cover the spread" further stating "If you tell anyone Riches, you will swim with fishes". This conversation took place at Scores Nightclub NYC June 10, 2007

11

Dec 20, 2006 - Defendants used my head as a basketball during scrimmage

### Restraining Order

Gator fans are waiting outside the gates of FCI Williamsburg with clubs and sticks. Florida Gator drones are flying overhead right now. Defendants gave me chicken pox. Even Urban Meyer wants a piece of the action.

Respectfully submitted

Jonathan Lee Riches©
U.C.C. 1-308

Jonathan Lee Riches
#40948-018
FCI Williamsburg
P.O. Box 340
Sumters, SC 29540
(843) 387-9400

Name: Sid Haw lee Michael
Register Number: 47148-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

FLORENCE SC 295
27 AUG 2007 PM 1 L

United States District Court
Northern District of Florida
Clerk of Court
401 S.E. 1st Avenue
Gainesville, FL 32601

32601+3806